STATE EX REL. JOINT SCHOOL DISTRICT No. 1 OF THE TOWN AND VILLAGE OF PRENTICE, Respondent, vs. NELSON and others, Appellants.

*February 12—March 11, 1924.*

*State ex rel. Joint School Dist. v. Nyberg, ante,* p. 215, followed.

APPEAL from an order of the circuit court for Price county: G. N. RISJORD, Circuit Judge. *Affirmed.*

Charles F. Smith, Jr., of Rhinelander, for the appellants.

W. K. Parkinson of Phillips, for the respondents.

A brief was also filed by *John J. Fisher* of Bayfield, as *amicus curiæ.*

ESCHWEILER, J. This case presents the same situation as in *State ex rel. Joint School District v. Nyberg, ante,* p. 215, 197 N. W. 726, and the same ruling must be followed.

*By the Court.*—Order affirmed.